NUMBER 13-09-00431-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HAROLD HIGGINS AND LONNIE HIGGINS, APPELLANTS,


v.



MATAGORDA COUNTY AND VAN VLECK

INDEPENDENT SCHOOL DISTRICT, ET AL., APPELLEES. 

 ____________________________________________________________


On Appeal from the 130th District Court 


of Matagorda County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 The appellants' brief in the above cause was due on December 4, 2009. (1) On
January 5, 2010, the Clerk of the Court notified appellants that the brief had not been
timely filed and that the appeal was subject to dismissal for want of prosecution under
Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of
receipt of this letter, appellants reasonably explained the failure and the appellee was not
significantly injured by the appellants' failure to timely file a brief. To date, no response has
been received from appellants. Appellee DOH Oil Company has filed a motion to dismiss
this appeal for want of prosecution. 

 Appellants have failed to either reasonably explain the failure to file a brief, file a
motion for extension of time to file a brief, or file a brief. Accordingly, appellee DOH Oil
Company's motion to dismiss is GRANTED and the appeal is DISMISSED FOR WANT OF
PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 


 PER CURIAM


Delivered and filed the 11th

day of February, 2010. 



 



 
1. [1] The brief was originally due on August 24, 2009. This Court subsequently granted appellants three
extensions of time to file the brief, extending the due date until December 4, 2009.